IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA QUIMBEY, DECEASED, BY THE
PERSONAL REPRESENTATIVE FOR
THE WRONGFUL DEATH ESTATE,
JOHN FAURE,

    Plaintiff,

vs.                                                                              Civ. No. 14-559 KG/KBM

COMMUNITY HEALTH SYSTEMS, INC.,
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
COMMUNITY HEALTH INVESTMENT
COMPANY, LLC, TRIAD HEALTHCARE
CORPORATION, TRIAD HOLDINGS V, LLC,
TENNYSON HOLDINGS, LLC, LAS CRUCES
MEDICAL CENTER, LLC D/B/A MOUNTAIN
VIEW REGIONAL MEDICAL CENTER,

and

ACCOUNTABLE HEALTHCARE STAFFING,
INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, RONALD LALONDE,

and

AFFILION, LLC AND DR. JOEL MICHAEL JONES,

    Defendants.

ORDER DISMISSING CLAIMS AGAINST DEFENDANT
COMMUNITY HEALTH INVESTMENT COMPANY, LLC

    Having granted Community Health Investment Company, LLC's Motion to Dismiss for

Lack of Personal Jurisdiction (Doc. 13) by a Memorandum Opinion and Order entered

contemporaneously with this Order Dismissing Claims Against Defendant Community Health

Investment Company, LLC,

IT IS ORDERED that Plaintiff's claims against Defendant Community Health Investment Company, LLC are dismissed without prejudice, thereby terminating Community Health Investment Company, LLC as a Defendant.

_____
UNITED STATES DISTRICT JUDGE