IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA QUIMBEY, DECEASED, BY THE
PERSONAL REPRESENTATIVE FOR
THE WRONGFUL DEATH ESTATE,
JOHN FAURE,

    Plaintiff,

vs.                                                                           Civ. No. 14-559 KG/KBM

COMMUNITY HEALTH SYSTEMS, INC.,
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
TRIAD HEALTHCARE CORPORATION,
TRIAD HOLDINGS V, LLC, TENNYSON
HOLDINGS, LLC, LAS CRUCES MEDICAL
CENTER, LLC D/B/A MOUNTAIN VIEW
REGIONAL MEDICAL CENTER,

and

ACCOUNTABLE HEALTHCARE STAFFING,
INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, RONALD LALONDE,

and

AFFILION, LLC AND DR. JOEL MICHAEL JONES,

    Defendants.

ORDER DISMISSING CLAIMS AGAINST DEFENDANT
COMMUNITY HEALTH SYSTEMS, INC.

Having granted Community Health Systems, Inc.'s Motion to Dismiss for Lack of

Personal Jurisdiction (Doc. 14) by a Memorandum Opinion and Order entered

contemporaneously with this Order Dismissing Claims Against Defendant Community Health

Systems, Inc.,

1

IT IS ORDERED that Plaintiff's claims against Defendant Community Health Systems, Inc. are dismissed without prejudice, thereby terminating Community Health Systems, Inc. as a Defendant.

_____
UNITED STATES DISTRICT JUDGE