IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA QUIMBEY, DECEASED, BY THE
PERSONAL REPRESENTATIVE FOR
THE WRONGFUL DEATH ESTATE,
JOHN FAURE,

     Plaintiff,

vs.                                                                    Civ. No. 14-559 KG/KBM

COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
TRIAD HEALTHCARE CORPORATION,
TRIAD HOLDINGS V, LLC, TENNYSON
HOLDINGS, LLC, LAS CRUCES MEDICAL
CENTER, LLC D/B/A MOUNTAINVIEW
REGIONAL MEDICAL CENTER,

and

ACCOUNTABLE HEALTHCARE STAFFING,
INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, RONALD LALONDE,

and

AFFILION, LLC AND DR. JOEL MICHAEL JONES,

     Defendants.

ORDER DISMISSING CLAIMS AGAINST
DEFENDANT TENNYSON HOLDINGS, LLC

Having granted Tennyson Holdings, LLC's Motion to Dismiss for Lack of Personal

Jurisdiction (Doc. 15) by entering a Memorandum Opinion and Order contemporaneously with

this Order Dismissing Claims Against Defendant Tennyson Holdings, LLC,

IT IS ORDERED that Plaintiff's claims against Defendant Tennyson Holdings, LLC are dismissed without prejudice, thereby terminating Tennyson Holdings, LLC as a Defendant in this case.

UNITED STATES DISTRICT JUDGE