IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA QUIMBEY, DECEASED, BY THE
PERSONAL REPRESENTATIVE FOR
THE WRONGFUL DEATH ESTATE,
JOHN FAURE,

    Plaintiff,

vs.                                        Civ. No. 14-559 KG/KBM

COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
TRIAD HEALTHCARE CORPORATION,
TRIAD HOLDINGS V, LLC, LAS CRUCES
MEDICAL CENTER, LLC D/B/A MOUNTAINVIEW
REGIONAL MEDICAL CENTER,

and

ACCOUNTABLE HEALTHCARE STAFFING,
INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, RONALD LALONDE,

and

AFFILION, LLC AND DR. JOEL MICHAEL JONES,

    Defendants.

ORDER DISMISSING CLAIMS AGAINST
DEFENDANT TRIAD HEALTHCARE CORPORATION

       Having granted Triad Healthcare Corporation's Motion to Dismiss for Lack of Personal

Jurisdiction (Doc. 16) by entering a Memorandum Opinion and Order contemporaneously with

this Order Dismissing Claims Against Defendant Triad Healthcare Corporation,

IT IS ORDERED that Plaintiff's claims against Defendant Triad Healthcare Corporation are dismissed without prejudice, thereby terminating Triad Healthcare Corporation as a Defendant in this case.

_____
UNITED STATES DISTRICT JUDGE