IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA QUIMBEY, DECEASED, BY THE
PERSONAL REPRESENTATIVE FOR
THE WRONGFUL DEATH ESTATE,
JOHN FAURE,

    Plaintiff,

vs.                                                                                      Civ. No. 14-559 KG/KBM

COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
TRIAD HOLDINGS V, LLC, LAS CRUCES
MEDICAL CENTER, LLC D/B/A
MOUNTAINVIEW REGIONAL MEDICAL CENTER,

and

ACCOUNTABLE HEALTHCARE STAFFING,
INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, RONALD LALONDE,

and

AFFILION, LLC AND DR. JOEL MICHAEL JONES,

    Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT TRIAD HOLDINGS V, LLC

    Having granted Triad Holdings V, LLC's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 17) by entering a Memorandum Opinion and Order contemporaneously with this Order Dismissing Claims Against Defendant Triad Holdings V, LLC,

    IT IS ORDERED that Plaintiff's claims against Defendant Triad Holdings V, LLC are dismissed without prejudice, thereby terminating Triad Holdings V, LLC as a Defendant in this

case.

_____
UNITED STATES DISTRICT JUDGE