# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

GLORIA QUIMBEY, DECEASED, BY THE
PERSONAL REPRESENTATIVE FOR
THE WRONGFUL DEATH ESTATE,
JOHN FAURE,

       Plaintiff,

vs.                                                       No.  1:14-cv-00559-KG-KBM

COMMUNITY HEALTH SYSTEMS, INC.,
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
COMMUNITY HEALTH SYSTEMS HOLDINGS
CORPORATION, COMMUNITY HEALTH
INVESTMENT COMPANY, LLC, TRIAD
HEALTHCARE CORPORATION, TRIAD
HOLDINGS V, LLC, TENNYSON HOLDINGS, LLC,
LAS CRUCES MEDICAL CENTER, LLC D/B/A
MOUNTAIN VIEW REGIONAL MEDICAL CENTER,

and

ACCOUNTABLE HEALTHCARE STAFFING,
INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, RONALD LALONDE,

and

AFFILION, LLC AND DR. JOEL MICHAEL JONES,

       Defendants.

## ORDER APPROVING MOTION TO EXCEED PAGE LIMIT

      THIS MATTER comes before the Court on Defendants Joel Michael Jones, M.D. and

Affilion, LLC's Unopposed Motion to Exceed Page Limits for their Reply in Support of their

Motion for Summary Judgement. Being fully and duly advised, the Court herby finds that the Motion is well-taken and should be GRANTED.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion to Exceed Page Limit to 20 pages is GRANTED.

                                    UNITED STATES DISTRICT JUDGE

Approved:

HINKLE SHANOR, LLP

By */s/ Brianna M. Jagelski, Attorney at Law*
7601 Jefferson St. NE Suite 180
Albuquerque, NM 87109
Tel: (505) 858-8320
Fax: (505) 858-8321
*Attorneys for Defendants Affilion, LLC and*
*Dr. Joel Michael Jones*

HARVEY & FOOTE LAW FIRM, LLC

By *Approved by E-mail on 6/16/16*
Dusti D. Harvey
Jennifer J. Foote
Caela J. Baker
9202 San Mateo Blvd. NE
Albuquerque, NM 87102
Tel: (505) 254-0000
Fax: (505) 254-1111
*Attorneys for Plaintiff*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *Approved by e-mail on 6/16/16*
Rick Beitler
Cristina Adams
Stephanie Latimer
P.O. Box 1888
Albuquerque, NM 87103
Tel: (505) 765-5900
*Attorneys for Defendants Accountable Healthcare Staffing, Inc., Accountable Healthcare Holdings Corporation*


KREHBIEL & BARNETT, P.C.

By *Approved by e-mail on 6/16/16*
Lorri Krehbiel
Chance A. Barnett
7770 Jefferson NE
#315
Albuquerque, NM 87109
Tel: (505) 858-3400
Fax: (505) 858-3404
*Attorneys for MedAssets Workforce Solutions*


ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

By *Approved by e-mail on 6/17/16*
Ben M. Allen
Christopher R. Reed
P.O Box 94750
Albuquerque, NM 87199-4750
Tel: (505) 341-0110
Fax: (505) 341-3434
*Attorneys for Ronald Lalonde*

MADISON & MROZ, PA

By *Approved by e-mail on 6/16/16*
William C. Madison
Michael J. Dekleva
M. Eliza Stewart
Melissa Ann Brown
PO Box 25467
Albuquerque, NM 87125
Tel:  (505) 242-2177
Fax: (505) 242-7185
*Attorneys for Community Health Systems Professional Services Corporation*


SERPE JONES ANDREWS CALLENDER & BELL PLLC

By *Approved by e-mail on 6/17/16*
Randall Jones
America Tower
2929 Allen Parkway, Suite 1600
Houston, TX 77019
Telephone:  (713) 452-4400
*Attorneys for Defendant, Las Cruces Medical Center, LLC d/b/a MountainView Regional Medical Center*