10/22/2015
J. Stein MD, MAS

# University of California, San Francisco

# CURRICULUM VITAE

**Name:** John C. Stein, MD, MAS

**Position:** Associate Professor of Clinical Emergency Medicine, Step 2
Vice Chair for Research
Department of Emergency Medicine
School of Medicine, University of California, San Francisco

**Address:** 505 Parnassus Avenue
Emergency Department, Box 0208
San Francisco, CA 94143

Phone: (415) 317-1479
E-mail: john.stein@emergency.ucsf.edu

## EDUCATION:

| | | | |
|---|---|---|---|
| 1984 - 1988 | Phillips Academy, Andover, MA. | | |
| 1988 - 1992 | Hamilton College, Clinton, N.Y. | B.A. | Magna Cum Laude, Classics Honors |
| 1993 - 1997 | Dartmouth Medical School | M.D. | |
| 1997 - 2001 | Alameda County Medical Center | Residency | Emergency Medicine |
| 2000 - 2001 | Alameda County Medical Center | Chief Resident | Emergency Medicine |
| 2007 – 2009 | University of California, San Francisco | M.A.S. | Clinical Research |

## LICENSES/CERTIFICATIONS:

| | |
|---|---|
| 1999 - Present | Medical Board of California Physician and Surgeon (License No. A68197) |
| 2000 | American Academy of Pediatrics for Pediatric Advanced Life Support |
| 2000 | American Heart Association for Advanced Cardiac Life Support |
| 2000 | American College of Surgeons for Advanced Trauma Life Support |
| 2002 – Present | American Board of Emergency Medicine |

## PRINCIPLE POSITIONS HELD:

| | | |
|---|---|---|
| 2001 – 2003 | University of California, San Francisco, Division of Emergency Medicine | Clinical Instructor |
| 2003 – 2008 | University of California, San Francisco, Division of Emergency Medicine | Assistant Professor |

Page 1


EXHIBIT C

10/22/2015
J. Stein MD, MAS

| | | |
|---|---|---|
| 2008 – Current | University of California, San Francisco<br>Department of Emergency Medicine | Associate Professor |

## OTHER POSITIONS

| | | |
|---|---|---|
| 1999 – 2002 | Kaiser Permanente Medical Group<br>San Francisco, Oakland, California | Staff Emergency Physician |
| 2001 - 2002 | California Pacific Medical Center<br>San Francisco, California. | Staff Emergency Physician |
| 2006 – Present | Advisory College Mentor<br>University of California, San Francisco | Medical Student Advisor |
| 2012 | Muhimbili National Hospital<br>Dar es Salaam, Tanzania | Visiting Faculty&<br>Research Advisor |

## HONORS & AWARDS:

| | |
|---|---|
| 1992 | Phi Beta Kappa<br>*Hamilton College* |
| 1992 | Magna Cum Laude<br>*Hamilton College* |
| 1992 | Phi Sigma Iota Language Honors Society<br>*Hamilton College* |
| 1995 | American Medical Student Association Community Service Award<br>*Dartmouth Medical School* |
| 1996 | Ralph C. Syvertsen Scholar (Academic Merit, Community Service)<br>*Dartmouth Medical School* |
| 1996 | Alpha Omega Alpha Honors Society<br>*Dartmouth Medical School* |
| 1997 | Merck Manual Award<br>*Dartmouth Medical School* |
| 2000 | Kay Simmons Award for Excellence in Emergency Medicine<br>*Highland Hospital Emergency Medicine Residency* |
| 2001 | Graduating Emergency Medicine Resident of the Year<br>*Highland Hospital Emergency Medicine Residency* |
| 2002,3,6, 11 | Nominated for Kaiser Teaching Award UCSF |

10/22/2015
J. Stein MD, MAS

|             | *University of California, School of Medicine* |
|-------------|---|
| 2004        | The UCSF Emergency Teaching Attending of the Year Award |
|             | *Highland Hospital Emergency Department* |
| 2004        | The Foundations of Patient Care Outstanding Teacher Award |
|             | *University of California, School of Medicine* |
| 2006        | Hellman Family Research Award for Early Career Faculty |
|             | *University of California, San Francisco* |
| 2007 - 2011 | Clinical and Translational Sciences Institute K Scholar |
|             | *University of California, San Francisco* |
| 2010        | School of Medicine Great Person Award |
|             | *University of California, San Francisco* |

## KEYWORDS/AREAS OF INTEREST

Ultrasound, outcomes research, diagnostic testing, technology in acute care, health services, health policy.

# PROFESSIONAL ACTIVITIES

## CLINICAL

2001 – Present    Attending Physician, Emergency Department, UCSF.

I attend approximately 25% time in the ED. My clinical practice consists of attending approximately 32 hours per month in the emergency department for twelve months of the year at the University of California, San Francisco. My clinical activities consist of precepting house staff and medical students in the emergency department, as well as teaching residents. I have privileges to perform intubation, resuscitation, venous access, ultrasound, transcutaneous and transvenous pacing, procedural sedation, orthopedic reductions, digital and regional anesthesia, laceration repair, pericardiocentesis, cricothyroidotomy, and thoracotomy.

## PROFESSIONAL ORGANIZATIONS

| 1997 – 2001    | Emergency Medicine Residents Association |
|----------------|---|
| 2001 – Current | American College of Emergency Medicine |
| 2002 – Current | Member Society for Academic Emergency Medicine |

10/22/2015
J. Stein MD, MAS

## PRESENTATIONS

| Year | Presentation |
|---|---|
| 2001 | Stein J, Levitt A: A Randomized Double-Blinded Trial of Usual Dose Versus High-Dose Albuterol Via Continuous Nebulization in Patients with Acute Bronchospasm.<br>*Oral abstract at the Society of Academic Emergency Medicine, Atlanta, GA* |
| 2001 | COBRA & EMTALA<br>*Highland Hospital Emergency Department Grand Rounds* |
| 2001 | Hyperbaric Medicine & Diving Injuries<br>*Highland Hospital Emergency Department Grand Rounds* |
| 2002 | Disaster Medicine<br>UCSF Updates in Internal Medicine Conference<br>*Lecture presented at the UCSF Updates in Internal Medicine Conference* |
| 2003 | Emergency Medicine in Disasters<br>*Highland Hospital Emergency Department Grand Rounds* |
| 2003 | Hospital Impact of Nuclear, Biological, and Chemical Attacks<br>*UCSF Nursing Grand Rounds* |
| 2003 | Disaster Medicine<br>UCSF Topics in Emergency Medicine<br>*UCSF Topics in Emergency Medicine National Conference* |
| 2004 | Procedural Ultrasound Course<br>UCSF Topics in Emergency Medicine National Conference |
| 2004 | Peripheral Intravenous Cannulation in Emergency Department Patients with Difficult IV Access<br>*Presentation at the Society of Academic Emergency Medicine, Orlando, FL.* |
| 2004 | Performance Characteristics of Clinical Diagnosis and a Rapid Influenza Test in the Detection of Influenza Infection in a Community Sample of Adults<br>*Oral abstract at the Society of Academic Emergency Medicine, Orlando, FL* |
| 2004 | Procedures in Emergency Ultrasound<br>UCSF Topics in Emergency Medicine National Conference |
| 2005 | Ultrasound Guidance for Difficult Peripheral Intravenous Access: A Randomized Trial<br>*Moderated presentation at Society of Academic Emergency Medicine May 2005* |
| 2005 | Ultrasound-Guided Procedures in Emergency Medicine<br>UCSF Topics in Emergency Medicine National Conference |
| 2006 | Emergency Department Procedures Via Ultrasound |

10/22/2015
J. Stein MD, MAS

| | |
|---|---|
| | UCSF Topics in Emergency Medicine National Conference |
| 2006 | Use of Ultrasound in the ED Evaluation of Ectopic Pregnancy |
| | UCSF Topics in Emergency Medicine National Conference |
| 2007 | A Survey of Ultrasound use by Emergency Physicians in California |
| | *3rd World Congress on Ultrasound in Emergency Medicine, Paris, France* |
| 2007 | First Trimester Ultrasound in the Emergency Department |
| | UCSF Topics in Emergency Medicine National Conference |
| 2007 | Ultrasound for Central Venous Access |
| | *Small group leader at American College of Emergency Physicians National Meeting, Seattle, WA, October 2007* |
| 2007 | Cross Sectional Analysis of Ultrasound Use by Emergency Physicians |
| | *Moderated presentation at American College of Emergency Physicians National Meeting, Seattle, WA, October 2007* |
| 2008 | Involvement in a One-Year Longitudinal Integrated Clerkship for Third-Year Medical Students |
| | *Abstract presentation at American College of Emergency Physicians National Meeting, Chicago, IL, October 2008* |
| 2008 | The additional value of quantitative beta-hCG in evaluating patients at risk of ectopic pregnancy with bedside ultrasound in the emergency department. |
| | *Moderated presentation at American College of Emergency Physicians National Meeting, Chicago, IL, October 2008* |
| 2009 | Emergency Physician Ultrasonography for Evaluating Patients at Risk for Ectopic Pregnancy: A Meta-Analysis. |
| | *Moderated presentation at American College of Emergency Physicians National Meeting, Boston, October 2009* |
| 2010 | The Utility of Formal Radiology Ultrasound after Emergency Physician Performed Indeterminate Ultrasound in the Evaluation of Patients at Risk of Ectopic Pregnancy |
| | *Moderated presentation at American College of Emergency Physicians National Meeting, Las Vegas, October 2010* |
| 2011 | First Trimester Ultrasound in the Emergency Department |
| | UCSF Topics in Emergency Medicine National Conference |
| 2012 | Head Trauma – Principles and Practice |
| | *Muhimbili University, Tanzania* |

|  | *Emergency Department Grand Rounds* |
|---|---|
| 2012 | Pericardiocentesis |
|  | *Muhimbili University, Tanzania* |
|  | *Emergency Department Grand Rounds* |
| 2012 | Neck Trauma |
|  | *Muhimbili University, Tanzania* |
|  | *Emergency Department Grand Rounds* |

## CME COURSES ATTENDED:

| 2005 | Topics In Emergency Medicine – UCSF |
|---|---|
| 2006 | Topics In Emergency Medicine – UCSF |
| 2006 | Emergency Medicine Updates: Hot Topics – UC Davis |
| 2007 | Topics In Emergency Medicine – UCSF |
| 2007 | World Congress on Ultrasound in Emergency Medicine |
| 2008 | Pediatric Emergencies – Symposia Medicus |
| 2008 | Topics in Emergency Medicine – UCSF |
| 2009 | Topics in Emergency Medicine – UCSF |
| 2010 | World Congress on Ultrasound in Emergency Medicine |
| 2011 | Topics of Emergency Medicine |
| 2011 | Mediterranean Emergency Medicine Conference |

# NATIONAL SERVICE

| 2009 – Present | Annals of Emergency Medicine Reviewer |
|---|---|
| 2010- Present | SAEM Grants Committee |
| 2011 – Present | Academic Emergency Medicine Reviewer |

# UNIVERSITY AND PUBLIC SERVICE

### UCSF SCHOOL OF MEDICINE

| 2003 - 2006 | Co-Chair Biological and Communicable Diseases Committee |
|---|---|
| 2003 - 2007 | Biological and Chemical Terrorism Steering Committee |

| | |
|---|---|
| 2006 – 2008 | Steering Committee PISCES 3rd year Integrated Curriculum |
| 2006 – 2009 | Emergency Department Steward – PISCES 3rd year Medical Student Pilot Integrated Clerkship Experience |
| 2006 – Present | Advisory College Mentor, UCSF School Medicine |
| 2007 – 2008 | UCSF Department of Emergency Medicine Residency Director Search Committee |
| 2008 – 2010 | Advanced Studies Committee for 4th Year Curriculum, UCSF School of Medicine |
| 2008 – 2009 | UCSF Department of Emergency Medicine Research Faculty Search Committee |
| 2009-20012 | UCSF Department of Emergency Medicine Pediatric Emergency Physician Faculty Search Committee |
| 2009 – 2010 | UCSF School of Medicine LCME Accreditation Self-Study Committee on Medical Student |
| 2011 – Present | Department of Medicine Clinical/Clinical X Track Search Committee |

### UCSF DEPARTMENT OF EMERGENCY MEDICINE

| | |
|---|---|
| 2001 - 2003 | Committee on Multiple Casualty Incident Training (COMCIT) |
| 2002 - 2007 | Director of Disaster Medicine, Division of Emergency Medicine |
| 2002 - Present | Director of Emergency Department Ultrasound |
| 2012 – Present | Department of Emergency Medicine, Vice Chair for Research |

# TEACHING AND MENTORING

### FORMAL SCHEDULED CLASSES FOR UCSF STUDENTS

| | |
|---|---|
| 2000 - 2007 | UCSF Faculty for Foundations of Patient Care Small Group Leader<br>UCSF Medical School. Annual hours – Approx 40 |
| 2001 - 2007 | UCSF Faculty Preceptor<br>UCSF Medical School. Annual Hours – Approx 30 |
| 2009 | UCSF Faculty for Evidence Based Medicine Small Group Leader<br>UCSF Medical School. Annual hours – Approx 20 |
| 2009 – 2011 | UCSF Faculty for Foundations of Patient Care Small Group Leader<br>UCSF Medical School. Annual hours – Approx 60 |

10/22/2015
J. Stein MD, MAS

| | |
|---|---|
| 2009 – 2011 | UCSF Epidemiology & Evidence Based Medicine Small Group Leader |
| | UCSF Medical School. Annual hours – Approx 30 |

## POSTGRADUATE AND OTHER COURSES

| | |
|---|---|
| 2003 | Co-Chair Introduction to Emergency Ultrasound |
| | UCSF Sponsored Continuing Medical Education Course |
| 2005 | Procedural Ultrasound Course |
| | UCSF Topics in Emergency Medicine National Conference |
| 2006 | Emergency Department Procedures Via Ultrasound |
| | UCSF Topics in Emergency Medicine National Conference |
| 2007 | First Trimester Ultrasound in the Emergency Department |
| | UCSF Topics in Emergency Medicine National Conference |
| 2007 | Ultrasound for Central Venous Access |
| | *Small group leader at American College of Emergency Physicians National Meeting, Seattle, WA, October 2007* |
| 2008 | Pelvic Ultrasound |
| | UCSF Topics in Emergency Medicine National Conference |
| 2008 | Clinical Epidemiology (EPI 204) |
| | *Teaching assistant* |
| 2011 | Evidence-Based Diagnosis: Advanced Workshop on Evaluating and Using Medical Tests for Clinicians, Educators, and Policy Makers. |
| | *UCSF International CME Course - Course Faculty* |
| 2011 | Use of First Trimester Pelvic Ultrasonography |
| | UCSF Topics in Emergency Medicine National Conference |

## PREDOCTORAL STUDENTS SUPERVISED FOR RESEARCH

| | |
|---|---|
| 2004 | Brian George, UCSF MS I |
| | Research Supervisor |
| 2005-2008 | Gerin River, UCSF MS I - IV |
| | Research Supervisor |
| 2007 | Hemal Kanzaria, UCSF MS IV |
| | Research Supervisor |
| 2007 | Sergio Hernandez, UCSF MS IV |
| | Research Supervisor |

10/22/2015
J. Stein MD, MAS

| | |
|---|---|
| 2008 | Ryan O'Malley, UCSF MS IV |
| | Research Supervisor |
| 2008 | Daniel Orjuela, UCSF MS IV |
| | Research Supervisor |
| 2009-2010 | Naomi Adler, UCSF MS IV |
| | Research Supervisor |
| 2009-2010 | Elaine Lee, UCSF MS IV |
| | Research Supervisor |
| 2009-2011 | Cristina Martinez, UCSF MS II - IV |
| | Research Supervisor |
| 2011-2012 | Nicholas Brandehoff, UCSF MS IV |
| | Research Supervisor |

## MEDICAL STUDENT ADVISING AS ADVISORY COLLEGE MENTOR

Class of 2011

| Student Name | Last Name | First Name | Grad Year | Program |
|---|---|---|---|---|
| Bell, Shannon | Bell | Shannon | 2011 | MD |
| Benhammou, Jihane | Benhammou | Jihane | 2011 | MD |
| Block, Alison | Block | Alison | 2011 | MD |
| Caldwell, Nolan | Caldwell | Nolan | 2011 | MD |
| Cha, Eui San | Cha | Eui San | 2011 | MD |
| Crothers, Julia | Crothers | Julia | 2011 | MD |
| Gilbert, Aubrey | Gilbert | Aubrey | 2011 | MD |
| Hulley, George | Hulley | George | 2011 | MD |
| Kang, Irene | Kang | Irene | 2011 | MD |
| Kretzschmar, Yfa | Kretzschmar | Yfa | 2011 | MD |
| Lessing, Juan | Lessing | Juan | 2011 | MD |
| Martinez, Cristina | Martinez | Cristina | 2011 | MD |
| McGee, Devon | McGee | Devon | 2011 | MD |
| Ohno, Mika | Ohno | Mika | 2011 | MD |
| Okoye, Christian | Okoye | Christian | 2011 | MD |
| Poore, Timothy | Poore | Timothy | 2011 | MD |
| Shah, Shilpa | Shah | Shilpa | 2011 | MD |

Class of 2012

10/22/2015
J. Stein MD, MAS

| Student Name | Last Name | First Name | Grad Year | Program |
|---|---|---|---|---|
| Abascal, Pilar | Abascal | Pilar | 2012 | MD |
| Aro, Seppo | Aro | Seppo | 2012 | MD |
| Brode, Erica | Brode | Erica | 2012 | MPH |
| Bullock, Thomas | Bullock | Thomas | 2012 | MD |
| Camacho, Benjamin | Camacho | Benjamin | 2012 | MD-PRIME |
| Chan, Priscilla | Chan | Priscilla | 2012 | MD |
| Cohen, Jenny | Cohen | Jenny | 2012 | MD |
| Dakkak, MaryAnn | Dakkak | MaryAnn | 2012 | MD |
| Davidson, Lisette | Davidson | Lisette | 2012 | MPH |
| Devcic, Zlatko | Devcic | Zlatko | 2012 | MD |
| El Naga, Ashraf | El Naga | Ashraf | 2012 | MD |
| Fang, Annie | Fang | Annie | 2012 | MD |
| Goren, Nira | Goren | Nira | 2012 | MD |
| Hessler, Chrissy | Hessler | Chrissy | 2012 | MD |
| Khatibi, Kasra | Khatibi | Kasra | 2012 | MD |
| Klafter, Jesse | Klafter | Jesse | 2012 | MD |
| Kothari, Abbas | Kothari | Abbas | 2012 | MD |
| Lande, Claire | Lande | Claire | 2012 | MD |
| Lau, Yolanda | Lau | Yolanda | 2012 | MD |
| Lerrigo, Rob | Lerrigo | Rob | 2012 | MD |
| Lin, Lisa | Lin | Lisa | 2012 | MD |
| Lin, Wilson | Lin | Wilson | 2012 | MD |
| Liu, Joseph | Liu | Joseph | 2012 | MD |
| Logghe, Heather | Logghe | Heather | 2012 | MD |
| Mandyam, Mala | Mandyam | Mala | 2012 | MD |
| Mitchell, Rebecca | Mitchell | Rebecca | 2012 | MD |
| Phung, Kevin | Phung | Kevin | 2012 | MD |
| Rathnayake, Samira | Rathnayake | Samira | 2012 | MD |

Class of 2013

| Student Name | Last Name | First Name | Grad Year | Program |
|---|---|---|---|---|
| Ainsworth, Alice | Ainsworth | Alice | 2013 | MD |
| Alegria, Dylan | Alegria | Dylan | 2013 | MD |
| Castillo, Jason | Castillo | Jason | 2013 | MD |
| Chin, Wesley | Chin | Wesley | 2013 | MD |
| Coontz, Kris | Coontz | Kris | 2013 | MD |
| Delrosario, Jussle | Delrosario | Jussle | 2013 | MD |

10/22/2015
J. Stein MD, MAS

| Student Name | Last Name | First Name | Grad Year | Program |
|---|---|---|---|---|
| Diaz, Robert | Diaz | Robert | 2013 | MD |
| Gupta, Neha | Gupta | Neha | 2013 | MD |
| Hamlin, Kathy | Hamlin | Kathy | 2013 | MD |
| Kautz, Julie | Kautz | Julie | 2013 | MD |
| Lamotte, Eric | LaMotte | Eric | 2013 | MD |
| Leach, Joseph | Leach | Joseph | 2013 | MD |
| Lee, Ryan | Lee | Ryan | 2013 | MD |
| Lin, Tracy | Lin | Tracy | 2013 | MD |
| Lowry, Gene | Lowry | Gene | 2013 | MD |
| Lubin, Molly | Lubin | Molly | 2013 | MD |
| Parizo, Justin | Parizo | Justin | 2013 | MD |
| Reza, Joseph | Reza | Joseph | 2013 | MD |
| Simchowitz, Brett | Simchowitz | Brett | 2013 | MD |
| Sun, Vivien | Sun | Vivien | 2013 | MD |

Class of 2014

| Student Name | Last Name | First Name | Grad Year | Program |
|---|---|---|---|---|
| Gordon, Brent | Gordon | Brent | 2014 | MD |
| Harris, Jessica | Harris | Jessica | 2014 | MD |
| Hunihan, George | Hunihan | George | 2014 | MD |
| Joshi, Neha | Joshi | Neha | 2014 | MD |
| Khankhanian, Pouya | Khankhanian | Pouya | 2014 | MD |
| Leon-Martinez, Daisy | Leon-Martinez | Daisy | 2014 | MD |
| Li, Kathleen | Li | Kathleen | 2014 | MD |
| Lynch, Stephanie | Lynch | Stephanie | 2014 | MD |
| Nseyo, Ono | Nseyo | Ono | 2014 | MD |
| Ofshteyn, Asya | Ofshteyn | Asya | 2014 | MD |
| Resa, Joshua | Resa | Joshua | 2014 | MD |
| Sanchez, Christopher | Sanchez | Christopher | 2014 | MD |
| Saw, Kay | Saw | Kay | 2014 | MD |
| Shen, Elizabeth | Shen | Elizabeth | 2014 | MD |
| Tsai, Catherine | Tsai | Catherine | 2014 | MD |
| Van Belle, Christopher | Van Belle | Christopher | 2014 | MD |
| Villa, Stephen | Villa | Stephen | 2014 | MD |
| Vogelsong, Melissa | Vogelsong | Melissa | 2014 | MD |
| Walker, Evan | Walker | Evan | 2014 | MD |
| Young, Chelsea | Young | Chelsea | 2014 | MD |

10/22/2015
J. Stein MD, MAS

| Zaki, Peter | Zaki | Peter | 2014 | MD |
| Zeng, Lily | Zeng | Lily | 2014 | MD |

## PHYSICIANS MENTORED:

| | |
|---|---|
| 2006 - Current | Ralph Wang MD, Clinical Instructor Emergency Medicine |
| | Informal Career and Research Mentor – Currently Assistant Professor |
| | Mentor in application to AHRQ K-08 |
| 2007 - 2009 | Prasanthi Ramanujam MD, Asst Clinical Professor Emergency |
| | Research Supervisor and Grant Reviewer – Received Hellman award and currently has an AHRQ K-08 |
| 2008 – 2009 | Chris Fee MD, Asst Clinical Professor Emergency Medicine |
| | Grant Planning and Reviewer – Application for Hellman award. |
| 2008 - Current | Tery Reynolds MD, Assistant Clinical Professor Emergency |
| | Career Planning and Mentoring, Application to UCSF Ultrasound Fellowship |
| | Application to Masters Global Health, Rap Grant Co-Investigator |
| | Global Health Faculty Appointment and Burke Award |
| 2010 - Current | Jeanne Noble MD, Assistant Clinical Professor Emergency |
| | Career Planning and Mentoring, Research Funding and Oversight Chiapas, Mexico |
| 2011 – Current | Maria Raven MD, Assistant Clinical Professor Emergency Medicine |
| | Research Grant Application Planning |

## TEACHING AWARDS AND NOMINATIONS:

| | |
|---|---|
| 2002, 3,6, 11 | Nominated for Kaiser Teaching Award UCSF |
| | University of California, School of Medicine |
| 2004 | The UCSF Emergency Teaching Attending of the Year Award |
| | Highland Hospital Emergency Department |
| 2004 | The Foundations of Patient Care Outstanding Teacher Award |
| | University of California, School of Medicine |

## SUMMARY OF TEACHING HOURS

| | |
|---|---|
| 2012-2013 | 318 total hours teaching and mentoring |
| | Clinical Teaching – 152 |
| | Residency Teaching - 16 |

10/22/2015
J. Stein MD, MAS

|  | Formal Medical School Class or Small Group Teaching Hours – 70 |
| --- | --- |
|  | Mentoring Hours (Advisory Colleges) - 80 |
| 2013-2014 | 318 total hours teaching and mentoring |
|  | Clinical Teaching – 152 |
|  | Residency Teaching - 16 |
|  | Formal Medical School Class or Small Group Teaching Hours – 70 |
|  | Mentoring Hours (Advisory Colleges) - 80 |
| 2014-2015 | 318 total hours teaching and mentoring |
|  | Clinical Teaching – 152 |
|  | Residency Teaching - 16 |
|  | Formal Medical School Class or Small Group Teaching Hours – 70 |
|  | Mentoring Hours (Advisory Colleges) - 80 |

## TEACHING AND MENTORING NARRATIVE:

I continue to serve the Advisory Colleges as a medical student Mentor. Sharad Jain MD, and I are responsible for one of the four colleges, and are the official mentors for 25% of the entire student body. I also continue to teach clinically for medical students and residents in the Emergency Department at UCSF. I teach 16 hours per year of resident conference in addition, and am a lecturer for the Ultrasound portion of the Topics in Emergency Medicine conference. Finally, as part of my Vice Chair of Research position for the Department of Emergency Medicine, I mentor many young faculty in our department towards research careers.

# RESEARCH AND CREATIVE ACTIVITIES:

### RESEARCH NARRATIVE

I have significant experience with assessing the efficiency and quality outcomes from technology implementations in the Emergency Department environment. I have recently completed an implementation of computer decision support in regional emergency departments where women presenting with signs and symptoms of urinary tract infection were screened by a waiting room kiosk. Patients who met criteria were randomized to 'kiosk care' or 'routine care'. I was able to demonstrate a greatly improved efficiency of throughput as the primary outcome, and at the same time showed equivalence of a variety of quality outcomes including rates of culture positive urine, rates of re-visit to emergency department, and rates of resolution of symptoms. This study was funded by the California Healthcare Foundation as part of the larger Practice Innovation Network. I have also recently completed an AHRQ K-08 studying the diagnostic performance of emergency department ultrasound in patients at risk of ectopic pregnancy. As part of my K-award, I have recently completed the UCSF Masters in Clinical Research degree. I am also a graduate of the CTSI K scholars program. As PI or co-Investigator on several previous university, foundation, and AHRQ-

10/22/2015
J. Stein MD, MAS

funded grants, I have significant background with the implementation of clinical studies in the emergency department.

## RESEARCH AWARDS AND GRANTS

### CURRENT

| | |
|---|---|
| Research Award (PI) | 7/1/2011-3/31/2012 |
| PFU Systems Inc. (Fujistu Subsidiary) | $110,000 direct/ year 1 |
| Creating Emergency Department Efficiency Through RFID Technology | |

### PREVIOUS

| | |
|---|---|
| 1K08HS015569 (PI) | 7/1/2007-12/30/2011 |
| AHRQ | $149,000 direct/yr 1 |
| Ultrasound by Emergency Physicians in Ectopic Pregnancy | $498,382 direct/yr 1-4 |

| | |
|---|---|
| 08-1133 (Co-Investigator) | 5/1/08–3/1/11 |
| California Health Care Foundation | $442,500 total costs |
| Evaluating computer-assisted treatment of urinary tract infections in safety net clinics and emergency departments | |

| | |
|---|---|
| UCSF Department of Medicine (Co-Investigator) | 07/01/08-06/30/10 |
| Centers of Excellence in Patient Research Cohort Award | $50,000 direct/yr 1 |
| Acute Organ Injury in Critically Ill Patients | $100,000 direct yr 1-2 |

| | |
|---|---|
| 08-1256 (Emergency Department Director) | 8/1/08–12/31/09 |
| California Health Care Foundation | $25,000 total direct |
| Planning Grant: Center for Practice Innovations | |

| | |
|---|---|
| UCSF Clinical and Translational Sciences Institute (Co-PI) | 07/01/08-06/30/09 |
| Multidisciplinary research project planning award. | $30,000 direct/yr 1 |
| Inhaled Albuterol for Treatment of Cardiogenic Pulmonary Edema | |

| | |
|---|---|
| Hellman Family Award (PI) | 7/1/2006 – 6/30/2007 |
| University of California, San Francisco | $50,000 direct/yr 1 |

10/22/2015
J. Stein MD, MAS

Principle Investigator

Ultrasound by Emergency Physicians in Ectopic Pregnancy

## PEER REVIEWED PUBLICATIONS

1) **Stein JC**, Glass K, Coburn K, O'Donnell J: A Medical School's Plan for Anti-Tobacco-Use Education in Community Schools and Hospitals. Journal of Cancer Education. 1997; 12(3): 157-60.

2) **Stein JC**, Snoey E: Shock in Emergency Medicine. Hospital Physician 2001;7(4):1-11.

3) **Stein JC**, Levitt A: A Randomized, Controlled Double-Blinded Trial of Usual-Dose versus High-Dose Albuterol Via Continuous Nebulization in Patients with Acute Bronchospasm. Acad Emerg Med. 2003; 10(10):97-107.

4) Flanders SA, **Stein JC**, Shochat G, Sellars K, Holland M, Maselli J, Drew WL, Reingold AL, Gonzales R:Performance of a Bedside C-Reactive Protein Test in the Diagnosis of Community-Acquired Pneumonia in Adults with Acute Cough. Am J Med. 2004;116:529-535.

5) **Stein JC**, Louie J, Flanders S, Maselli J, Hacker JK, Drew WL, Gonzales R. Performance Characteristics of Clinical Diagnosis, a Clinical Decision Rule, and a Rapid Influenza Test in the Detection of Influenza Infection in a Community Sample of Adults. Ann Emerg Med 2005; 46:412-419.

6) Lewin MR, **Stein JC**, Wang R, Lee MM, Kernberg M, Boukhman M, Hahn IH, Lewiss RE. Humming Is as Effective as Valsalva's Maneuver and Trendelenburg's Position for Ultrasonographic Visualization of the Jugular Venous System and Common Femoral Veins. Ann Emerg Med. 2007; 50: 73-77.

7) Kanzaria H, **Stein JC**. A Severe Sore Throat in a Middle-Aged Male: Calcific Tendonitis of the Longus Colli Tendon. J Emerg Med. 2011; 41(2): 151-3. Epub 2008 Sep 22.

8) **Stein JC**, Hernandez S, Hebig A. Necrotizing Vasculitis as a Complication of a Common Medication. West J Emerg Med. 2008; 9(4): 212-5.

9) **Stein JC**, Nobay F. Emergency Department Ultrasound Credentialing: A Sample Policy and Procedure. J Emerg Med. 2009; 37(2):153-9.

10) **Stein JC**, River G, Kalika I, Hebig A, Price D, Jacoby V, Filly R. A Survey of Bedside Ultrasound use by Emergency Physicians in California. J Ultrasound Med 2009; 28(6): 757-63.

11) **Stein JC**, George B, River G, Hebig A, McDermott D. Ultrasound-Guided Peripheral Intravenous Cannulation in Emergency Department Patients with Difficult IV Access: A Randomized Trial. Ann Emerg Med. 2009; 54: 33-40.

12) **Stein JC**, Wang R, Adler N, Boscardin J, Reynolds T, Jacoby V, McAlpine I, Usach I, Won G, Goldstein R, Kohn M. Emergency Physician Ultrasonography for Evaluating Patients at Risk for Ectopic Pregnancy: A Meta-Analysis. Ann Emerg Med 2010; 56(6):674-83.

13) Fang A, Carnell J, **Stein JC**. Constipation in a 7 Year-Old Boy: Congenital Band

10/22/2015
J. Stein MD, MAS

Causing a Strangulated Small Bowel and Pulseless Electrical Activity. J Emerg Med. 2012; 42(3): 283-7. Epub 2010 Sep 10.

14) Tang N, **Stein JC**, Hsia R, Maselli J, Gonzales R. Trends and Characteristics of US Emergency Department Visits, 1997-2007. JAMA. 2010;304(6):664-670.

15) Quinn J, McDermott D, Rossi J, **Stein JC**, Kramer N. Randomized Controlled Trial of Prophylactic Antibiotics for Dog Bites with Refined Cost Model. West JEM. 2010; 11(5): 435–441.

16) **Stein JC**, Jacoby V, Vittinghoff E, Wang R, Kwan E, Reynolds T, McAlpine I, Gonzales R. Differential Utilization Rates of Diagnostic Ultrasound in United States Emergency Departments by Time of Presentation. West JEM. 2011; 12(1): 90-95.

17) Wang R, Reynolds T, Martinez C, Ravikumar D, West H, Jacoby V, **Stein JC**. The Use of a β-hCG Discriminatory Zone with Emergency Physician Performed Pelvic Ultrasound. Ann Emerg Med 2011; 58(1):12-20.

18) Sanford E, **Stein JC**. Hypertensive Encephalopathy Presenting as Status Epilepticus in a Three Year Old. JEM 2011; sept 11 [epub ahead of print].

19) **Stein JC**, Navab B, Frazee B, Tebb K, Hendey G, Maselli J, Gonzales R. A Randomized Trial of Computer Kiosk-Expedited Management of Cystitis in the Emergency Department. Acad Emerg Med 2011; 18(10): 1053-9.

20) Zhang M, Hsu R, Hsu C, Kordesch K, Nicasio E, Cortez A, McAlpine I, Brady S, Zhuo H, Kangelaris KN, **Stein JC**, Calfee CS, Liu KD. FGF-23 and PTH Levels in Patients with Acute Kidney Injury: A Cross-Sectional Case Series Study. Ann Intensive Care. 2011; 1(1): 21

21) Tang N, Stein J, **Hsia R**. Trends in Emergency Department Visits Among Medicaid Patients – Reply. JAMA 2011; 306(11):1203.

22) Moffett SE, Frazee BW, **Stein JC**, Navab B, Maselli J, Takhar S, Gonzales R. Antimicrobial resistance in uncomplicated urinary tract infection in 3 California EDs. Am J Emerg Med 2012; 30(6): 942-9.

23) Navab B, McAlpine I, Frazee B, Gonzales R, **Stein JC**. Is routine pregnancy testing necessary in women with suspected UTI? Open Journal of Emerg Med. 2011.

24) Bhave PD, Hoffmayer KS, Armstrong EJ, Garg S, Patel A, MacGregor JS, **Stein JC**, Kinlay S, Ganz P, McCabe JM. Predictors of depressed left ventricular function in patients presenting with ST-elevation myocardial infarction. Am J Cardiol 2012; 109(3):327-31.

25) Ebell M, Gonzales R, **Stein JC**, Alfonso A. Development and Validation of a Clinical Decision Rule for the Diagnosis of Influenza. J Am Board Fam Med. 2012: 25(1): 55-62.

26) McCabe JM, Armstrong EJ, Kulkarni A, Hoffmayer KS, Bhave PD, Garg S, Patel A, MacGregor JS, Hsue P, **Stein JC**, Kinlay S, Ganz P. Prevalence and Factors Associated With False Positive ST-Segment Elevation Myocardial Infarction Diagnoses at Primary Percutaneous Coronary Intervention–Capable Centers. Arch Internal Medicine 2012 May 7; [epub ahead of print]

27) Wu AH, Tabas J, **Stein JC**, Potocki M, Mueller C, McCord J, Richards M, Hartmann O, Nowak R, Peacock WF, Ponikowski P, Moeckel M, Hogan C, Filippatos GS, Di Somma S, Anand I, Ng L, Neath SX, Christenson R, Morgenthaler NG, Anker SD, Maisel AS. The effect of diabetes on the diagnostic and prognostic performance of mid-region pro-

atrial natriuretic peptide and mid-region pro-adrenomedullin in patients with acute dyspnea. Biomarkers. 2012 May 23. [Epub ahead of print]

28) Govindrajan P, Gonzales R, Maselli JH, Johnstone CS, Fahimi J, Poisson S, **Stein JC**. Regional Differences in Emergency Medical Services Use For Patients with Acute Stroke (Findings from the National Hospital Ambulatory Medical Care Survey Emergency Department Data file). Journal of Stroke and Cerebrovascular Diseases 2012 [epub ahead of print].

29) Armstrong E, Kulkarni AR, Hoffmayer KS, Bhave PD, Macgregor JS, Hsue P, **Stein JC**, Kinlay S, Ganz P, McCabe JM. Delaying primary percutaneous coronary intervention for computed tomographic scans in the emergency department. Am J Cardiol. 2012 April 23 [epub ahead of print].

30) Ackerman SL, Tebb K, **Stein JC**, Frazee BW, Hendey GW, Schmidt LA, Gonzales R. Benefit or burden? A sociotechnical analysis of diagnostic computer kiosks in four California hospital emergency departments. Social Science & Medicine. 2012. 75(12):2378-85.

31) McCabe JM, Armstrong EJ, Hoffmayer KS, Bhave PD, MacGregor JS, Hsue P, Stein JC, Kinlay S, Ganz P. Impact of door to activation time on door to balloon time in primary percutaneous coronary intervention for ST-Segment elevation myocardial infarctions. Circ Cardiovasc Qual Outcomes 2012. 5(5):672-9.

32) Armstrong EJ, Kulkarni AR, Bhave PD, Hoffmayer KS, MacFregor JS, Stein JS, Kinlay S, Ganz P, McCabe JM. Electrocardiographic Criteria for ST-Elevation Myocardial Infarction in Patients With Left Ventricular Hypertrophy. Am J Cardiol. 2012 Oct 1;110(7):977-83.

## NON-PEER REVIEWED PUBLICATIONS

1) **Stein JC**, Olson K: Coumadin Toxicity. Emedicine.com. 2000 Online emergency medicine

   text. www.emedicine.com

2) **Stein JC**, Approach to Syncope. In: Toy, Simon, Takenaka, Baker, Liu. Case Files Emergency Medicine. 2005. Lange Medical Books/McGraw-Hill.