IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN FAURE, as Personal Representative
for the Wrongful Death Estate of
GLORIA QUIMBEY, Deceased,

        Plaintiff,

v.                                                                                                                      No. 14cv559 KG/KBM

COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
LAS CRUCES MEDICAL CENTER, LLC,
doing business as Mountain View Regional Medical
Center, ACCOUNTABLE HEALTHCARE
STAFFING, INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, and RONALD LALONDE,

        Defendants,

and

LAS CRUCES MEDICAL CENTER, LLC,

        Cross Claimant,

v.

ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION,
ACCOUNTABLE HEALTHCARE
STAFFING, INC., and MEDASSETS
WORKFORCE SOLUTIONS,

        Cross Defendants.

## FINAL ORDER OF DISMISSAL

        Having granted MedAssets Workforce Solutions' Motion for Summary Judgment, and

having determined that all of Plaintiff and cross-claimant Defendant MVRMC's claims against

Defendant MedAssets will be dismissed with prejudice by the Memorandum Opinion and Order entered contemporaneously with this Final Order of Dismissal.

IT IS ORDERED that, MedAssets Workforce Solutions be DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE