IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA QUIMBEY, DECEASED, BY THE
PERSONAL REPRESENTATIVE FOR
THE WRONGFUL DEATH ESTATE,
JOHN FAURE,

       Plaintiff,

v.                                                                          CIV No. 14-0559 KG/KBM

COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,
LAS CRUCES MEDICAL CENTER, LLC D/B/A
MOUNTAIN VIEW REGIONAL MEDICAL CENTER,

and

ACCOUNTABLE HEALTHCARE STAFFING,
INC., ACCOUNTABLE HEALTHCARE
HOLDINGS CORPORATION, MEDASSETS
WORKFORCE SOLUTIONS, RONALD LALONDE,

and

AFFILION, LLC AND DR. JOEL MICHAEL JONES,

       Defendants.

## ORDER GRANTING MOTION TO RESCHEDULE SETTLEMENT CONFERENCE AND REQUEST FOR EXPEDITED RULING

THIS MATTER comes before the Court on Defendant Las Cruces Medical Center, LLC d/b/a MountainView Regional Medical Center's Motion to Reschedule Settlement Conference and Request for Expedited Ruling. The Court, having reviewed the motion and being fully advised of the premise, and given the lack of any opposition,

hereby GRANTS the Motion to Reschedule the Settlement Conference and Request for Expedited Ruling.

**IT IS THEREFORE ORDERED** that the settlement conference previously set for December 15, 2017, is hereby vacated.

**IT IS FURTHER ORDERED** that counsel shall confer and shall provide to the Court, by January 3, 2018, a list of dates on which counsel and parties are available, without contingencies, to attend a settlement conference in this matter.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE